# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Judgment in a Criminal Case** |
| v. | (For a Petty Offense) |
| NICOLE MARIE EVOLA | Case No.  11-20428 |
| | USM No.  45963-039 |
| | Defendant's Attorney: Stevens J. Jacobs |

**THE DEFENDANT:**

pleaded guilty to a one count Information.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 113(a)(4), 1151, and 1152 | Assault | 7/6/2011 | 1 |

The Defendant is sentenced as provided in pages 2 through 5 of this Judgment.

   **IT IS ORDERED** that the Defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.  If ordered to pay restitution, the Defendant must notify the Court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment:   March 7, 2012

Date Signed:  March 8, 2012

s/ *Charles E. Binder*

CHARLES E. BINDER
United States Magistrate Judge

Last Four Digits of Defendant's Soc. Sec. No.: 0310
Defendant's Year of Birth: 1990
City and State of Defendant's Residence: Mt. Pleasant, MI

DEFENDANT: Nicole Marie Evola
CASE NUMBER: 11-20428

## CRIMINAL MONETARY PENALTIES

The Defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $10.00 | waived | not applicable |

Payment of the special assessment is due immediately.

DEFENDANT: Nicole Marie Evola
CASE NUMBER: 11-20428

## PROBATION

The Defendant is hereby sentenced to probation for a term of two (2) years.

The Defendant shall not commit another federal, state, or local crime.

The Defendant shall not unlawfully possess a controlled substance. The Defendant shall refrain from any unlawful use of a controlled substance. The Defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter as determined by the court.

☐ The above drug testing condition is suspended, based on the Court's determination that the Defendant poses a low risk of future substance abuse. (Check, if applicable.)

☐ The Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The Defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The Defendant shall register with the state sex offender registration agency in the state where the Defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The Defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this Judgment imposes restitution or a fine, it is a condition of probation that the Defendant pay in accordance with the Schedule of Payments sheet of this Judgment.

The Defendant must comply with the standard conditions that have been adopted by this Court, as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The Defendant shall not leave the judicial district without the permission of the Court or probation officer.
2. The Defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.
3. The Defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4. The Defendant shall support his or her dependents and meet other family responsibilities.
5. The Defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.
6. The Defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7. The Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.
8. The Defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9. The Defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.
10. The Defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.
11. The Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12. The Defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
13 As directed by the probation officer, the Defendant shall notify third parties of risks that may be occasioned by the Defendant's criminal record, personal history, or characteristics, and shall permit the probation officer to make such notifications and confirm the Defendant's compliance with such notification requirement.

AO 245I (Rev. 09/11) 1:11-po-20428-CEB Doc # 14 Filed 03/08/12 Pg 5 of 5 Pg ID 37
Judgment in a Criminal Case for a Petty Offense
Sheet 5A — Probation Supervision

Judgment — Page 5 of 5

DEFENDANT: Nicole Marie Evola
CASE NUMBER: 11-20428

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall not use or possess alcohol in any consumable form, nor shall he/she be in the social company of any person who the defendant knows to be in possession of alcohol or illegal drugs or visibly affected by them. The defendant shall not be found at any place that serves alcohol for consumption on the premises, with the exception of restaurants.

The defendant shall participate in a program of mental health counseling and anger management if, as and when directed by the probation officer, and continue is said program until such time as the defendant is released by the probation officer.

The defendant shall participate in a program of testing and treatment for drug and alcohol abuse if, as and when directed by the probation officer, and continue in said program until such time as the defendant is released by the probation officer.